No. 502. ATLANTIC COAST LINE RAILROAD CO. *v.* SOUTH CAROLINA EX REL. PUBLIC SERVICE COMMISSION OF SOUTH CAROLINA ET AL. Supreme Court of South Carolina. Certiorari denied. *Douglas McKay, Wm. P. Baskin, C. C. Howell* and *R. B. Gwathmey* for petitioner. *T. C. Callison,* Attorney General of South Carolina, *Irvine*

*F. Belser,* Assistant Attorney General, and *R. McC. Figg, Jr.* for respondents. *Edward M. Reidy* filed a brief for the Interstate Commerce Commission, as *amicus curiae.*